Elisabeth Rubin, appellant, v. August Graumenz, executor of the last will and testament of Henry Knecht, Sr., appellee.

Opinion filed June 4, 1934. Rehearing denied August 27, 1934.

Webb & Albert, for appellant. Matheny & Welker, for appellee; J. G. Burnside, of counsel.

Mr. Justice Murphy delivered the opinion of the court.

Road District No. 3, appellant, v. John Uffelmann, appellee.

Opinion filed June 4, 1934. Rehearing denied August 27, 1934.

J. Fred Gilster, for appellant. Wm. H. Schuwerk, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Abner Carey, appellant, v. Altamont Manufacturing Company, appellee.

Opinion filed June 4, 1934. Rehearing denied August 27, 1934.

P. J. Kolb and Paul Taylor, for appellant. Parker & Bauer, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Estate of William Longwisch, deceased, appellant, v. Julia Longwisch, by Frances Gueltig, her conservatrix and next friend, appellee.

Opinion filed June 4, 1934. Rehearing denied August 27, 1934.

Ferdinand Tunnell, for appellant. C. W. Terry and M. D. Powell, for appellee.

Mr. Justice Stone delivered the opinion of the court.